# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |
| MICHAEL ERIC BUTLER | Case Number: 8:97-cr-325-T-24MAP<br>USM Number: 21950-018 |
| | Dionja Dyer, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted that the Government can prove by a preponderance of the evidence that he committed the crimes and admitted guilt to violation of charge numbers _One, Two and Three_ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | New Criminal conduct, Fleeing and Eluding Occurring On March 10, 2009 while on supervision in Violation of the Conditions of Supervision. | March 10, 2009 |
| 2. | New Criminal Conduct, Possession of Marijuana with Intent to Sell, Occurring on March 10, 2009, while on supervision in Violation of the Conditions of Supervision. | March 10, 2009 |
| 3. | New Criminal Conduct, Possession of a Firearm by a Convicted Felon, Occurring on March 10, 2009, while on supervision in Violation of the Conditions of Supervision | March 10, 2009 |

The Court finds that the Government could prove beyond a preponderance of the evidence that the Defendant committed theses crimes and therefore, the Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 3, 2009
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

June 3, 2009
Date

DEFENDANT: Michael Eric Butler
CASE NUMBER: 8:97-cr-325-T-24MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: *FIFTY ONE (51) Months.*

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

\_\_\_ at _____ a.m. p.m. on _____.

\_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_ before 2 p.m. on _____.

\_\_\_ as notified by the United States Marshal.

\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL